**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| RICHARD JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GINA RUGANI, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 13-4460 PSG<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　July 7, 2014<br>Mediator:　Michael Sobel |

　　　IT IS HEREBY ORDERED that the request to excuse defendant trustee Gina Rugani from participating in the July 7, 2014, mediation before Michael Sobel is GRANTED.

　　　IT IS SO ORDERED.

June 24, 2014　　　　　　　　　　By: _____
Dated　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge